IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § § | CASE NUMBER 9:20-CR-12-MJT JUDGE MICHAEL TRUNCALE |
| ANTHONY GARNER | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Defendant, Anthony Garner, filed two *pro se* Motions for Compassionate Release pursuant to 18 U.S.C. § 3582.  [Dkt. 48, 49.]  The Government filed a response.  [Dkt. 51.]  Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order [dkt. 52], this motion was before United States Magistrate Judge Christine L. Stetson.  Judge Stetson issued a report with recommended findings of fact and conclusions of law stating that Defendant's motion should be denied.  [Dkt. 53.]  No objections were filed to the report and recommendation.

The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge [dkt. 53] is ADOPTED.  It is therefore ORDERED that the Defendant's motions [dkt. 48, 49] are DENIED.

**SIGNED this 20th day of February, 2025.**

Michael J. Truncale
United States District Judge

1